# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JUL -9 A 10:15

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

MAXINE-JOHNISE D'ACQUISTO,

PLAINTIFF,

v.

(Full name of defendant(s))

OFICERS SCOTT ANDERSON —
DEPUTY, DODGE COUNTY SHERIF'S OFFICE;

DEPUTY McCARTY — DODGE COUNTY SHERIFF'S
OFFICE; AND OFICER MANTYCH — OFICER,
HORICON POLICE DEPARTMENT)

Case Number:

20-C-1035

(to be supplied by Clerk of Court)

## A. PARTIES

1.  Plaintiff is a citizen of ___WISCONSIN___ and resides at
    (State)

    6020 N. 35TH ST., # 310, MILWAUKEE, WI. 53209
    / (Address)

    (If more than one plaintiff is filing, use another piece of paper.)

2.  Defendant ANDERSON, McCARTY AND MANTYCH
    (Name)

    ARE
    ~~is~~ (if a person or private corporation) a citizen of WISCONSIN

(State, if known)

and (if a person) resides at OR WITHIN THE COUNTY OF DODGE, WISCONSIN

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for IN THE CASE OF ANDERSON AND McCAETY, DODGE COUNTY SHERIFF'S OFFICE, AND, IN THE CASE OF OFFICER MANTYCH, THE HORICON POLICE DEPT.

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

1. ON 1·15·2020, PLAINTAFF (AND THE FATHER OF HER CHILD) WERE RETURNING HOME TO MILWAUKEE, HAVING RECENTLY STOPPED IN BEAVER DAM AFTER CELEBRATING THE FOURTH ANNIVERSARY OF THE MISCARRIAGE OF THEIR CHILD AT THE HO-CHUNK CASINO, WHERE PLAINTIFF, WHO IS WHITE (HER CHILD'S FATHER IS AFRICAN AMERICAN), PURCHASED A FIREARM FROM A CASINO PATRON.

2. IT WAS SNOWING HEAVILY AND VISIBILITY WAS BAD; THIS, COUPLED WITH THE FACTS THAT ROAD CONDITIONS WERE HORRIBLE AND THE FRONT RIGHT-WHEEL CONTROLLER MADE STEERING IN SUCH CONDITIONS PERILOUS, PROMPTED PLAINTIFF TO DRIVE SAFELY.

3. UPON INFORMATION AND BELIEF, PLAINTIFF HAD JUST VISITED AN ACQUAINTANCE NAMED 'CASSY', WHOSE BOYFRIEND MAY HAVE BEEN INVOLVED WITH DRUGS. PLAINTIFF'S CAR, A 2020 NISSAN SENTRA, HAD (UPON INFORMATION AND BELIEF) PREVIOUSLY BEEN OBSERVED AT RESIDENCE IN BEAVER DAM WHICH MIGHT HAVE BEEN SUSPECTED FOR DRUG USE, WHILE THERE HER CAR WAS TICKETED FOR ILLEGAL PARKING.

4. AS SHE WAS RETURNING TO MILWAUKEE, SHE WAS TRAILING HER FRIEND JEREMY, WHOM HAD A LARGE TRUCK AND HAD AGREED TO CUT A PATH WITH HIS VEHICLE THROUGH THE HEAVY SNOW FOR HER UNTIL SHE REACHED THE HIGHWAY.

5. AT NO TIME DID HER SPEED EXCEED 10-15 MPH; AT NO TIME DID SHE IGNORE OR VIOLATE ANY TRAFFIC SIGNS.

6. AT NO TIME WAS SHE UNDER THE INFLUENCE OF ANY ILLICIT DRUG; NOR WAS HER PUPILS DILATED, NOR DID SHE HAVE GLASSY, BLOODSHOT EYES; NOR DID HER TONGUE APPEAR IRRITATED WITH BUMPS.

7. UPON INFORMATION AND BELIEF, OFFICER MANTYCH AND DEFENDANTS ENGINEERED THIS TRAFFIC STOP FOR A NUMBER OF ILLEGAL REASONS, ATTEMPTING TO LEGITIMIZE IT BY

MANUFACTURING ALLEGATIONS OF IRRATIC DRIVING.

8. ALTERNATIVELY, AND INCORPORATING ALLEGATIONS 1-7, ABOVE, THESE OFFICERS BELIEVED IT LIKELY THAT PLAINTIFF AND HER BLACK PASSENGER WERE LIKELY TO YIELD EVIDENCE OF SOME CRIME GIVEN THE PROPENSITY OF BLACK MEN TRAVELING IN OR AROUND BEAVER DAM TO USE WHITE WOMEN TO CHAUFFEUR THEM' IN AN EFFORT TO EVADE DETECTION AND SEARCHES OF THE SORT COMPLAINED OF HEREIN.

9. AT APPROXIMATELY 10:30 PM DEFENDANTS MANTYCH AND ANDERSON AND MCCARTY CONDUCTED A TRAFFIC STOP. PRIOR TO THE STOP, PLAINTIFF AND HER PASSENGER HAD NOTICED THEY WERE BEING TAILED BY AUTHORITIES.

10. DURING THE STOP, PLAINTIFF PROVIDED EVIDENCE THAT SHE WAS A VALID, LICENSED DRIVER. HER PASSENGER, WHO WITH THE PRIVILEGE OF BEING WITHIN THE CONFINES OF HIS GIRLFRIEND'S VEHICLE HAD LIT A CIGAR, WAS ADDRESSED BY DEFENDANT ANDERSON. THIS DEFENDANT DEMANDED THAT THE PASSENGER PUT OUT HIS CIGAR-TYPE CIGARETTE ("BLACK AND MILD") TO WHICH THE PASSENGER REPLIED, 'I CAN SMOKE WITHIN THE CONFINES OF MY GIRL'S CAR, I'M NOT

UNDER ARREST. DEFENDANT THEN POLITELY ASKED IF THE PASSENGER WOULD PUT OUT THE CIGAR, AT WHICH POINT THE PASSENGER SAID, 'I WILL, BUT YOU'LL ONLY SAY YOU SOMEHOW SMELL MARIJUANA OVER THE CIGAR SMOKE'... THAT IS, THE PASSENGER WAS LETTING THE OFFICER KNOW THAT HE WAS AWARE OF THE ILLEGALITY OF THE SEARCH.

11. THIS DEFENDANT DID JUST THAT: HE THEN ASKED THE PASSENGERS TO STEP FROM THE CAR FOR A SEARCH. THE PASSENGER ALLOWED A 'TERRY-FRISK' BUT DID NOT CONSENT TO A SEARCH OF HIS POCKETS OR BODY. THE OFFICER THEN CUFFED AND PLACED THE PASSENGER IN THE REAR OF OFFICER MANTYCH'S SQUAD - WHERE THE K-9 WAS LOCATED, IN AN APPARENTLY ILLEGAL ATTEMPT TO SEE IF THE DOG INDICATED THE PRESENCE OF DRUGS WITHOUT IT LOOKING LIKE A K-9 SEARCH OF THE PASSENGER'S BODY, WHICH IS CONTRARY TO POLICE PROTOCOL. REMARKABLY, PLAINTIFF WAS UNCUFFED AT THE TIME EVEN THOUGH SHE HAD ADMITTED TO THE PRESENCE OF A GUN IN HER VEHICLE.

12. A FIELD SOBRIETY TEST WAS UNREMARKABLE, AND USING THE IDENTIFICATION OF THE' ODOR OF MARAJUANA

AS A PRETEXT, DEFENDANTS SEARCHED THE VEHICLE.

THE GUN WAS LOCATED IN THE PASSENGER-SIDE GLOVE

COMPARTMENT, AND THE OFFICER(S) LIED AS IF THEY HAD

FOUND A MARIJUANA ROACH. MAXINE, THE PLAINTIFF, WAS

APPROXIMATELY 3 MONTHS PREGNANT AND DID NOT SMOKE

CIGARETTES OR TOBACCO PRODUCTS, AND THE SMELL THEREOF

LED TO TERRIBLE NAUSEA AND VOMITING.

PLAINTIFF WAS SEARCHED A SECOND TIME, THIS TIME

THE SEARCHING WAS MORE HUMILIATING AND THE OFFICER

BLADED HIS HAND THRU PLAINTIFF'S VAGINA AND BUTTOCKS,

AND CONVEYED HER TO JAIL.

13. PLAINTIFF WAS LATER TOLD BY DEFENDANT ANDERSON, "ITS A

GOOD THING THAT FIREARM WAS IN THE GLOVE COMPARTMENT...

A LOT COULD HAVE WENT WRONG IF IT WASN'T." THIS OFFICER

ALSO MADE TO COMMENT ABOUT "BLACK MEN USING WHITE

WOMEN TO CHAUFFEUR" THEM.

14. PLAINTIFF CONTENDS THAT WISCONSIN STATUTES 941.23(2),
AND 939.51(3)(a)
AS APPLIED AND AS WRITTEN IS UNCONSTITUTIONAL. THIS STATUTE
GIVES
NO CONSIDERATION TO THE CLIMATE OF RACISM AND

PROPENSITY OF OFFICERS CONDUCTING TRAFFIC STOP TO ARBITRARILY

## C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

1. COMPENSATORY AND PUNITIVE DAMAGES FROM THE DEFENDANTS IN AN AMOUNT TO BE DETERMINED AT TRIAL;

2. A DECLARATORY JUDGMENT THAT WIS STATS. 941.25 (2) AND 939.51 (3) (a) IS UNCONSTITUTIONAL.

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this **09** day of **July** 20**20**.

Respectfully Submitted,

*M. B. Acquista*
Signature of Plaintiff

**414 915 2628**
Plaintiff's Telephone Number

**m31kwya11092 @ gmail com**
Plaintiff's Email Address

**6020 N. 35th St APT 310 Milwaukee, WI**

**53209**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.